# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED-CLERK
U.S. DISTRICT COURT

06 MAY 24 PM 3:02

TEXAS-EASTERN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:03cr128 |
| | § | (Judge Schell) |
| BOBBY DON MULLINIX | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further

**ORDERED** that Defendant is sentenced to a term of imprisonment of eighteen (18) months, to be served consecutively to any other sentence, with eighteen (18) months of supervised release to follow. It if further

**ORDERED** that Defendant pay $1,030.00 to the victim listed in the "Victim Impact" section of Defendant's Presentence Report and that Defendant pay a fine in the amount of $3,000.00. Both the fine and restitution payments are due immediately, paid as directed by the Probation Officer, payable by cashier's check or

money order, made out to the United States District Court and forwarded to the Fine and Restitution Section, United States Courts, P.O. Box 570, Tyler, Texas 75710.

**SIGNED** this 23rd day of May, 2006.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE